## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ISAAC JONES, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:13-cv-158-TWP-DKL |
| | ) |
| CRAIG HANKS, | ) |
| | ) |
| Respondent. | ) |

**Entry Discussing Selected Matters**

**I.**

The petitioner shall have **through February 28, 2013,** in which to either pay the $5.00 filing fee for this action or demonstrate his financial inability to do so.

**II.**

The deferential review commanded by the Antiterrorism and Effective Death Penalty Act ("AEDPA"), codified in part at 28 U.S.C. § 2254, applies to claims which the Indiana courts adjudicated on their merits. Pursuant to the AEDPA, "a federal court may issue a writ of habeas corpus only if the state court reached a decision that was either contrary to, or an unreasonable application of, clearly established federal law as determined by the Supreme Court." *Raygoza v. Hulick,* 474 F.3d 958, 963 (7th Cir. 2007) (citing 28 U.S.C. § 2254(d)(1)).

Based on the foregoing, and based also on the fact that notice pleading does not suffice in an action for habeas corpus relief, *see Lloyd v. Van Natta,* 296 F.3d 630, 633 (7th Cir. 2002), the petitioner shall have **through February 28, 2013,** in

which to **supplement** his petition for a writ of habeas corpus by supplying the following information:

     1.    As to each of the claims asserted in the petition, was it decided on the merits by the Indiana courts?

     2.    As to each of the claims decided on the merits by the Indiana courts, in what sense, if any, did the state court's adjudication (i) result in a decision that was contrary to clearly established Federal Law, as determined by the Supreme Court of the United States or (ii) result in a decision which was an unreasonable application of clearly established Federal Law, as determined by the Supreme Court of the United States?

     **IT IS SO ORDERED.**

Date: _____02/14/2013_____

                                                  _____
                                                  Hon. Tanya Walton Pratt, Judge
                                                  United States District Court
                                                  Southern District of Indiana

Distribution:

Isaac Jones
No. 190857
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064