UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ISAAC JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 1:13-cv-158-TWP-DKL |
| | ) | |
| CRAIG HANKS, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Again Directing Further Proceedings**

**A copy of the amended petition for writ of habeas corpus shall be included with the plaintiff's copy of this Entry.**

The amended habeas petition seeks relief on two grounds, these being that (a) the trial court abused its discretion in dismissing a juror, in admitting unreliable hearsay, and in admitting prejudicial Rule 404(b) evidence, and (b) he was denied the effective assistance of counsel at trial. The amended petition does not, however, even mention whether or how the Indiana courts' resolution of these matters entitles the petitioner to habeas corpus relief.

Once again, therefore, the petitioner shall supplement his amended petition for writ of habeas corpus. He shall have through **May 21, 2013**, in which to do so. He shall do so by telling this court:

1. As to each of the claims asserted in the petition, was it decided on the merits by the Indiana courts?

2. As to each of the claims decided on the merits by the Indiana courts, in what sense, if any, did the state court's adjudication (i) result in a decision that was contrary to

clearly established Federal Law, as determined by the Supreme Court of the United States or (ii) result in a decision which was an unreasonable application of clearly established Federal Law, as determined by the Supreme Court of the United States?

The petitioner is aware that any claims he asserts here must support a viable claim for relief. If he fails to do so, the action will be dismissed without further development.

IT IS SO ORDERED.

Date: 05/01/2013

*Hon. Tanya Walton Pratt, Judge*
United States District Court
Southern District of Indiana

Distribution:

Isaac Jones
No. 190857
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064